# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE MERCIER, | 2:06-cv-01171-BES-LRL |
| Plaintiff, | |
| v. | **ORDER** |
| THE UNITED STATES DISTRICT COURT, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#3) ("Recommendation") entered on March 19, 2007, in which the Magistrate Judge recommends that this Court enter an order denying Plaintiff's Application to Proceed *In Forma Pauperis* (#1) and dismissing the action with prejudice. No objections have been filed.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.[1]  After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered on March 19, 2007, is adopted and accepted without

---

[1] The Court notes that Magistrate Judge Johnston recused himself from this matter after entering his Report and Recommendation (#3). However, the review of Magistrate Judge Johnston's order being *de novo*, the Court finds no reason to refer the matter to newly assigned Magistrate Judge Leavitt.

1

modification. Thus, in accordance with the Report and Recommendation, Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is DENIED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: This 20th day of June, 2007.

/s/ Sandoval

UNITED STATES DISTRICT JUDGE